ORIGINAL

**DICKINSON WRIGHT** PLLC

55 WEST MONROE – SUITE 1200
CHICAGO, IL 60603
TELEPHONE: 312-641-0060
FACSIMILE: 844-670-6009
http://www.dickinsonwright.com

DAVID S. BECKER
DBecker@dickinsonwright.com
312-377-7881

MEMO ENDORSED

September 26, 2025


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/25

<u>Via ECF</u>

The Honorable Louis L. Stanton, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Kuang Yu Lin, et. al. v. Trust Wallet Inc. et. al.; Case No. 1:25-CV-6657-LLS*,
     **First Request for Extension of Deadline for Defendant Trust Wallet Inc. to Answer or Otherwise Plead To The Complaint (ECF 1)**

Dear Judge Stanton:

I represent Trust Wallet, Inc. in the above-captioned matter. I write pursuant to Rule 1(A) and 1(E) of this Court's Individual Rules of Practice and Federal Rule of Civil Procedure 6(b) for an extension of time, up to and including November 13, 2025, for Defendant Trust Wallet, Inc. to answer or otherwise plead.

Plaintiff filed this putative class action on August 12, 2025. The docket indicates that service of process was accomplished on September 8, 2025, making Trust Wallet's responsive pleading due on September 29, 2025. (Doc. 9.) No waiver of service of process was requested.

Undersigned counsel was just recently retained in this matter, and needs additional time to investigate the allegations and get up to speed. In light of the breadth of the allegations, Trust Wallet is requesting a 45-day extension of time to answer or otherwise plead to allow sufficient time for an investigation, and to accommodate a previously scheduled vacation abroad for Trust Wallet's counsel.

This is Trust Wallet's first request for an extension of its responsive pleading deadline. No other deadlines will be impacted by this request for an extension. Counsel for Trust Wallet conferred with counsel for Plaintiff prior to filing this Motion; counsel for Plaintiff indicated that Plaintiff does not oppose the relief sought in this Motion. This extension is sought in good faith, and no party will be prejudiced by this request.

Therefore, Trust Wallet respectfully requests that the Court grant this first request for an extension of time to answer or otherwise plead, extend Trust Wallet's responsive pleading by 45 days, up to and including November 13, 2025.

*Granted*
*Louis L. Stanton*
*9/30/25*

DICKINSON WRIGHT PLLC

September 26, 2025
Hon. Louis L. Stanton
Page 2

Thank you in advance for your consideration.

                                          Respectfully submitted,

                                          David S. Becker, counsel for Trust Wallet, Inc.

DSB